UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 25-4348

**Case Name** | Visual Supply Company v. Khimji

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> An Order confirming that the District Court proceedings are automatically stayed pursuant to Coinbase, Inc. v. Bielski, 599 U.S. 736 (2023) pending the current appeal on arbitrability.
>
> An administrative stay pending disposition of the motion.

Relief is needed no later than *(date)*: July 23, 2025

The following will happen if relief is not granted within the requested time:

> The deadline for filing the Answer in the District Court is July 24, 2025. If the Appellant is required to file an Answer, it may constitute a waiver of the right to have the dispute arbitrated.

I could not have filed this motion earlier because:

> The Appellant had brought Coinbase, Inc. v. Bielski to the District Court's attention and the District Court refused to give effect to the automatic stay. The Notice of Appeal had been filed on July 14, 2025, within two business days of the dismissal of the motion for stay in favor of arbitration. This motion is filed on the same day the District Court refused to give effect to Coinbase v. Bielski.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 16**                                1                           Rev. 11/21/2019

I requested this relief in the district court or other lower court: ● Yes  ○ No

If not, why not:

> The District Court refused to follow the guidance in Coinbase, Inc. v. Bielski, 599 U.S. 736 (2023) for an automatic stay and required the Appellant to seek a stay before this Court.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ● Yes  ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: Jul 16, 2025

By *(method)*: Email

Position of other parties: Not provided yet

Name and best contact information for each counsel/party notified:

> Counsel for the Appellee was notified at 2:40 p.m. There was no response provided up to the time of filing of this motion.
> ZACHARY J. ALINDER (zalinder@sideman.com)
> ANDREW M. LEVAD (alevad@sideman.com)
> SIDEMAN & BANCROFT LLP
> One Embarcadero Center, 22nd Floor
> San Francisco, California 94111-3711
> Telephone: (415) 392-1960

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/ Simon Lin    **Date** Jul 16, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**                          2                     Rev. 11/21/2019