| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 17 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

VISUAL SUPPLY COMPANY,

    Plaintiff - Appellee,

 v.

ADAM KHIMJI,

    Defendant - Appellant.

No. 25-4348

D.C. No. 3:24-cv-09361-WHO
Northern District of California,
San Francisco

ORDER

The court has received the emergency motion to stay. The response to the emergency motion is due by 12:00 p.m. Pacific Time on July 21, 2025. The optional reply in support of the emergency motion is due by 12:00 p.m. Pacific Time on July 22, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT