# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-4348

**Case Name** Visual Supply Company v. Khimji

**Counsel submitting this form** Simon Lin, counsel for Appellant Adam Khimji

**Represented party/parties** Appellant, Adam Khimji

*Briefly describe the dispute that gave rise to this lawsuit.*

The underlying Complaint was filed by Plaintiff Visual Supply Company ("VSCO") against Defendant Adam Khimji and various John Does, following VSCO's alleged discovery of various websites hosting photos that were allegedly downloaded from VSCO's website or platform. The lawsuit asserts claims for federal trademark infringement, unfair competition, trademark dilution, and breach of contract, all of which arises from alleged access to VSCO's website and/or platform.

Mr. Khimji's position has been that he is a victim of identity theft and had no involvement in the alleged activities. Mr. Khimji maintains that his personal information and credit card information was used by an unknown party without his permission to subscribe to some of the web services used for some of the websites at issue.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                     *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The Defendant, Adam Khimji, filed a Rule 12 Motion to Dismiss combined with a Motion to Stay in favor of arbitration. VSCO's own website/platform terms of use has an arbitration clause, and the entirety of the dispute herein relates to the alleged access of VSCO's website and/or platform.

The District Court denied Mr. Khimji's motion. The central issue on appeal is the District Court's denial of the motion to stay in favor of arbitration, in particular:

(a) whether the delegation clause in VSCO's arbitration clause should be respected, and the issue of arbitrability be deferred to an arbitrator;
(b) whether some or all of the issues in the Complaint were arbitrable;
(c) if only some of the issues are arbitrable, whether the remainder of the claims must be stayed to give effect to the arbitration provisions that the arbitrator must determine liability first before the complaining party can seek discovery and remedies, including equitable remedies.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Mr. Khimji also filed the following in the District Court:

(a) In miscellaneous case, 3:24-mc-80159, a Motion to Quash the DMCA subpoenas for the reason that the statutory requirements of the DMCA were not met. The Magistrate Judge issued a Report and Recommendation and Mr. Khimji filed a timely Objection. The situation is similar to an unrelated appeal in this Court (File: 24-3978).
(b) a Motion for Sanctions against VSCO for breaching the sworn declaration in § 512(h)(2)(C) to use the information obtained using a DMCA subpoena for copyright claims only. The underlying Complaint does not raise copyright claims. The Magistrate Judge issued a Report and Recommendation and Mr. Khimji filed a timely Objection.

**Signature** /s/ Simon Lin                    **Date** July 21, 2025
*(use "*s/[typed name]*" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**                                                                                      *Rev. 09/01/22*

2