

FILED

JUL 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VISUAL SUPPLY COMPANY,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>ADAM KHIMJI,<br><br>    Defendant - Appellant. | No. 25-4348<br><br>D.C. No.<br>3:24-cv-09361-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: LEE and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 4) to stay district court proceedings is granted. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023) (requiring district court to stay its proceedings while an interlocutory appeal on the question of arbitrability is ongoing).

The existing briefing schedule remains in effect.